Nicole Owens
Federal Public Defender
Heidi Johnson
Assistant Federal Defender
Federal Defender Services of Idaho
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
(208) 331-5500

Attorneys for Seth Jordan Deboer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Honorable Amanda K. Brailsford

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>Seth Jordan Deboer<br><br>Defendant | No. 1:24-cr-00254-AKB<br><br>**Notice of Intent to Plead Guilty** |

Defendant, Mr. Deboer, respectfully notifies the Court he intends to plead guilty as charged in the Indictment. A signed plea agreement with the government will follow this Notice.

Accordingly, Mr. Deboer respectfully requests that the Court vacate his current trial date of October 6, 2025 and set a date for his change of plea at the Court's earliest convenience.

Dated: September 23, 2025

Nicole Owens
Federal Public Defender
By:

/s/ Heidi Johnson
Heidi Johnson
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Seth Jordan Deboer

**Certificate of Service**

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

Christopher Booker, Assistant U.S. Attorney

Dated: September 23, 2025 /s/ Joy Fish
Joy Fish